UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-00458-RJC
(3:09-cr-00189-RJC-DCK-2)

| | | |
|---|---|---|
| SILAS JUNIOR MOBLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on consideration of Respondent's motion for access to a transcript from an ex parte hearing that was conducted on July 30, 2010. (Doc. No. 8). Respondent explains that access to the transcript is necessary for a measured response to Petitioner's claim of ineffective assistance of counsel which he presented pro se in a § 2255 Motion to Vacate. The Court finds that for the reasons stated in the motion, and for good cause shown, the Respondent's motion for access to the ex parte transcript should be granted.

**IT IS, THEREFORE, ORDERED** that Respondent's motion for access to the ex parte portions of the July 30, 2010 inquiry into status of counsel hearing is **GRANTED**, (Doc. No. 8).

**IT IS FURTHER ORDERED** that Respondent shall have 14-days after gaining access to the ex parte transcript to file its response to Petitioner's § 2255 Motion to Vacate.

**SO ORDERED.**

Signed: October 8, 2015

Robert J. Conrad, Jr.
United States District Judge